UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: 2:08-cv-00578-NBF

| | |
|---|---|
| JOSEPH GUALTIERI,<br><br>Plaintiff,<br>v.<br><br>ACADEMY COLLECTION SERVICE, INC.<br><br>Defendant. | Judge Nora Barry Fischer<br><br>**STIPULATION OF DISMISSAL**<br><br><br><br>JURY TRIAL DEMANDED |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for all parties hereto that the instant action be and is hereby dismissed with prejudice and for each party to pay their own costs and attorneys' fees.

Dated:  June 27, 2008             Respectfully Submitted

                                  By:  **s/Jeffrey L. Suher**
                                  Jeffrey L. Suher, Esquire
                                  4328 Old William Penn Highway, Suite 2J
                                  Monroeville PA 15146
                                  412-374-9005
                                  lawfirm@jeffcanhelp.com
                                  Counsel for Plaintiff

Dated:  June 27, 2008             Respectfully Submitted

                                  By:  **s/Danielle Vugrinovich**
                                  Danielle Vugrinovich, Esquire
                                  Marshall, Dennehey, Warner, Coleman & Goggin
                                  600 Grant Street, Suite 2900
                                  Pittsburgh, PA 15219
                                  412-803-1185
                                  **dmvugrinovich@mdwcg.com**
                                  Counsel for Defendant