UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: 2:08-cv-00578-NBF

| | |
|---|---|
| JOSEPH GUALTIERI,<br><br>Plaintiff,<br>v.<br><br>ACADEMY COLLECTION SERVICE, INC.<br><br>Defendant. | Judge Nora Barry Fischer<br><br>**STIPULATION OF DISMISSAL**<br><br><br><br>**JURY TRIAL DEMANDED** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for all parties hereto that the instant action be and is hereby dismissed with prejudice and for each party to pay their own costs and attorneys' fees.

Dated: June 27, 2008                    Respectfully Submitted

                                        By: s/Jeffrey L. Suher
                                        Jeffrey L. Suher, Esquire
                                        4328 Old William Penn Highway, Suite 2J
                                        Monroeville PA 15146
                                        412-374-9005
                                        lawfirm@jeffcanhelp.com
                                        Counsel for Plaintiff

Dated: June 27, 2008                    Respectfully Submitted

                                        By: s/Danielle Vugrinovich
                                        Danielle Vugrinovich, Esquire
                                        Marshall, Dennehey, Warner, Coleman & Goggin
                                        600 Grant Street, Suite 2900
                                        Pittsburgh, PA 15219
                                        412-803-1185
                                        dmvugrinovich@mdwcg.com
                                        Counsel for Defendant

AND NOW, this 30th day of June, 20 08
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

-1-